# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division

**MICHAEL THURSTON,**

    Plaintiff,

v.                                                    Civil Action No. **3:24CV487**

**HENRICO COUNTY POLICE DEPARTMENT,**

    Defendants.

## MEMORANDUM ORDER
### (Waiving Initial Partial Filing Fee and Screening Action)

Plaintiff has complied with the prior Memorandum Order. Because Plaintiff's place of incarceration has failed to provide a copy of Plaintiff's inmate account, the partial filing fee is WAIVED. Accordingly, it is ORDERED that:

1. The action is FILED and Plaintiff is GRANTED leave to proceed *in forma pauperis*. The Court will now review the action in accordance with federal law. *See* 28 U.S.C. § 1915(e)(2).

2. The institution where Plaintiff is confined will mail to the Court twenty percent (20%) of all of Plaintiff's deposits until the balance of **$350.00** is paid. The payments shall be made on a monthly basis. The payments shall be DIRECTED to:

> Clerk's Office
> United States District Court for
> the Eastern District of Virginia
> Richmond Division
> 701 East Broad Street, Suite 3000
> Richmond, Virginia 23219-3528

In the event that Plaintiff is transferred, the balance due shall be collected and paid to the Clerk by the custodian at Plaintiff's next institution.

3.  Plaintiff is reminded that he must retain a balance of twenty percent (20%) of his previous month's income in his prison account.

The Clerk is DIRECTED to send a copy of this Memorandum Order to Plaintiff. A copy of this Memorandum Order and Plaintiff's consent to collection of fees form shall be sent to the accounting department at Plaintiff's place of incarceration.

It is so ORDERED.

/s/ MRC
Mark R. Colombell
United States Magistrate Judge

Date: 10/7/2024
Richmond, Virginia